FILED

NOV **1 8** 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kyle Miholich
12843 Isocoma St.
San Diego, CA 92129
760-845-5823

Plaintiff in pro se

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Kyle Miholich, | ) | Civil Case No. 19-cv-00473-WQH-BLM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| GoNow Travel Club, LLC | ) | |
| Defendant. | ) | |

To the Honorable District Judge Hayes:

NOTICE OF SETTLEMENT - 1

19-CV-047:

Please take notice that the parties have reached a settlement of all matters and

signed a ~~confidential~~ *km JSB* written settlement agreement.  A joint motion to dismiss will

be filed within ~~60~~ *km JSB* days provided the conditions are satisfied by Defendant.

Dated:  November 14, 2019

Kyle Miholich

/S/ Kyle Miholich

Kyle Miholich, Plaintiff
Pro se
760-845-5823

NOTICE OF SETTLEMENT - 2

19-CV-047

**PROOF OF SERVICE**

I, Kyle Miholich, am over 18, a pro se plaintiff in this matter.  I have served on Defendant as follows:

19-cv-00473-WQH-BLM **Notice has been electronically mailed to:**

I have mailed a copy of this document to Defendant directly at the address he uses at:

James S. Brasher
3636 Nobel Drive, Suite 215
San Diego, CA 92122

All ECF registered users were served.

I swear under penalty of perjury that the above was served as stated.

Dated: 11/14 , 2019

Kyle Miholich
/S/ *Kyle Miholich*
Kyle Miholich, Plaintiff
Pro se
760-845-5823

19-CV-047

Miholich
12843 Isocoma St.
San Diego, CA 92129

 

U.S. POSTAGE PAID
FCM LG ENV
SAN DIEGO, CA
92129
NOV 14 19
AMOUNT
**$1.30**
R2303S100059-09

1000        92101

Federal District Court
Clerk of the court 4th fl
333 West Broadway
San Diego, CA  92101

**RECEIVED**
NOV 1 5 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY