UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KYLE MIHOLICH, | Case No.: 19-cv-473-WQH-AHG |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ~~GONOW TRAVEL CLUB, LLC,~~ | |
| Defendant. | |

HAYES, Judge:

   Upon consideration of the Parties' Joint Motion to Dismiss Entire Case (ECF No. 13), and good cause appearing:

   IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each Party shall pay its own attorneys' fees and costs. The Clerk shall close the case.

DATED: 11/19/19

**WILLIAM Q. HAYES**
United States District Judge

1

19-cv-473-WQH-AHG